Argued and submitted September 25, conviction affirmed; remanded with
instructions November 8, 1995

STATE OF OREGON,
*Respondent,*

*v.*

RICHARD DALE EVARTS,
*Appellant.*

(10-93-08440; CA A86055)

904 P2d 657

Louis R. Miles, Deputy Public Defender, argued the cause
for appellant. With him on the brief was Sally L. Avera, Public
Defender.

Timothy A. Sylwester, Assistant Attorney General,
argued the cause for respondent. With him on the brief were
Theodore Kulongoski, Attorney General, and Virginia L.
Linder, Solicitor General.

Before Warren, Presiding Judge, and Edmonds and Arm-
strong, Judges.

PER CURIAM

Conviction affirmed. Remanded with instructions to enter
modified judgment reducing period of post-prison supervision
to 36 months. *State v. McFee,* 136 Or App 160, 901 P2d 870
(1995).